DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
CORONEL, RODRIGO E

Debtor

Case No.  05-01213-FLK13

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $182.56, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---------|----------|--------|
| 6 | ROLANDO ADAME<br>3402 W NOB HILL BLVD<br>YAKIMA, WA  98902 | $182.56 |

Dated: June 29, 2010

_DANIEL H. BRUNNER, Chapter 13 Trustee_

Receipt 4874659          7-8-10                    # 182.56